UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IDRISSA OSEI, as Wife and Beneficiary of David Osei

CA 06 274T

V.

C.A. No.:

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

# COMPLAINT

## PARTIES AND JURISDICTION

1. The plaintiff, Idrissa Osei, a resident of the City of Woonsocket, State of Rhode Island and brings this complaint on her own behalf as a beneficiary under a life insurance policy issued to her husband, David Osei through his employer Microfibers, Inc.

2. The defendant, Hartford Life and Accident Insurance Company issued an ERISA Welfare Benefit Plan within the meaning of ERISA, 29 USC§1002(1), and this Court has jurisdiction under 29 USC§1144.

3. The defendant, Hartford Life and Accident Insurance Company, acted as the administrator of the benefit plan issued to the employees of Microfibers, Inc. Said policy bears the group policy number GL-034598.

4. The plaintiff was an employee of Microfibers, Inc. on and before to April 16, 2005 and by virtue of said employment was a certificate holder of said group insurance policy issued by the defendant.

5. While in the employ of Microfibers, Inc., the plaintiff was tragically and suddenly killed in a motor vehicle accident on April 16, 2005.

6. Said group insurance policy described above contained a sole accidental death benefit. By virtue of his death, plaintiffs' decedent became entitled to this benefit.

7. The plaintiff duly filed a claim for accidental death benefits as required by the policy described above.

8. The defendant has wrongfully denied plaintiffs' request for accidental death benefits to which she is entitled.

9. The plaintiff has demanded said benefits from the defendant and the defendant has refused to pay the benefit due the plaintiff under the aforementioned policy.

10. The defendants' failure to pay the benefits due the plaintiff is a breach of its obligation under the policy.

WHEREFORE, the plaintiff, Idrissa Osei, as Wife and Beneficiary of David Osei, demands judgment against the defendant, Prudential Insurance Company, in an amount equal to the coverage provided by said plan, plus interest, costs and attorney fees.

Plaintiff,
By her Attorney,

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

Dated: 6-8-06