**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| IDRISSA OSEI,<br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY | ) | C.A. No. 06-274T |

**NOTICE OF APPEARANCE**

NOW COMES Katherine R. Parsons and hereby enters her appearance on behalf of Defendant Hartford Life and Accident Insurance Company in the above-entitled matter.

Respectfully Submitted,

Defendant Hartford Life and Accident Insurance Company,

By its attorneys

CREVIER & RYAN, LLP.

Katherine R. Parsons (6810)
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: (413) 787-2400
Facsimile: (413) 781-8235
Email: Kparsons@crevierandryan.com

**CERTIFICATE OF SERVICE**

I certify that I served a true copy of the foregoing via first class mail, postage prepaid on all counsel of record on this 30th day of June 2006.