**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| IDRISSA OSEI,<br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-274T |

**CORPORATE DISCLOSURE STATEMENT OF**
**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

Defendant Hartford Life and Accident Insurance Company ("HLAIC"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby makes the following disclosures: 1) HLAIC is a subsidiary of Hartford Life, Inc., which is an indirect subsidiary of The Hartford Financial Services Group, Inc., a publicly traded corporation; and 2) The Hartford Financial Services Group, Inc. is a publicly traded company that (indirectly as indicated above) owns 10% or more of HLAIC's stock.

Respectfully Submitted,

The Defendant, Hartford Life and Accident Insurance Company,

By its Attorney,

Katherine R. Parsons (6810)
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: (413) 787-2400
Fax: (413) 781-8235
Email: kparsons@crevierandryan.com

**CERTIFICATE OF SERVICE**

I certify that I served a true copy of the foregoing via first class mail, postage prepaid on all counsel of record on this 30th day June 2006.