UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IDRISSA OSEI, Plaintiff, | ) | |
| v. | ) | C.A. No. 06-274T |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | ) | |

**ANSWER**

The Defendant, Hartford Life and Accident Insurance Company ("Hartford"), hereby answers Plaintiff's Complaint as follows:

1. Hartford lacks sufficient knowledge to admit or deny that Plaintiff is a resident of the City of Woonsocket, State of Rhode Island. The remaining allegations contained in Paragraph 1 are legal conclusions to which a response is not required. To the extent the remaining allegations in Paragraph 1 are deemed to allege facts, they are denied.

2. The allegations contained in Paragraph 2 are legal conclusions to which a response is not required.

3. Hartford admits that it issued Policy No. GL-034598 ("Plan") to Microfibers, Inc. and that it serves as the claims administrator for the Plan. Hartford denies the remaining allegations contained in Paragraph 3.

4. Hartford lacks sufficient knowledge to admit or deny that Plaintiff was an employee of Microfibres, Inc. on and before April 16, 2005. The remaining allegations contained in Paragraph 4 are legal conclusions to which a response is not required.

5. Hartford denies the allegations contained in Paragraph 5.

6. The allegations contained in Paragraph 6 are legal conclusions to which a response is not required. To the extent the allegations in Paragraph 6 are deemed to allege facts, they are denied.

7. Hartford admits that Plaintiff filed a claim for life insurance benefits.

8. Hartford denies the allegations contained in Paragraph 8.

9. Hartford admits the allegations contained in Paragraph 9.

10. Hartford denies the allegations contained in Paragraph 10.

**AFFIRMATIVE DEFENSES**

1. Hartford's denial of Plaintiff's claim for benefits was well reasoned and correct and was not arbitrary, capricious, unreasonable or erroneous as a matter of law.

Respectfully Submitted,

Defendant Hartford Life and Accident Insurance Company,

By its attorneys

CREVIER & RYAN, LLP.

/s/Katherine R. Parsons
Katherine R. Parsons (6810)
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: (413) 787-2400
Facsimile: (413) 781-8235
Email: **Kparsons@crevierandryan.com**

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on Plaintiff’s counsel by first class U.S. Mail, postage prepaid this 15th day of August 2006.

/s/Katherine R. Parsons