UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IDRISSA OSEI, as Wife and
Beneficiary of David Osei

V. C.A. No.: 06-274T

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

**RULE 16 CONFERENCE STATEMENT**
**OF THE PLAINTIFF**

The Plaintiff, Idrissa Osei, has filed this action in the Federal Court claiming benefits arising out of the accidental death of her husband, David Osei on April 16, 2005. At that time, Mr. Osei was an employee of Microfibers, Inc. By virtue of his employment he was the beneficiary of a group insurance policy issued by Hartford Life Accident Insurance Company, the defendant. The policy in question contained among other things a benefit for death caused by an accident. Mr. Osei was the victim of a single vehicle motor vehicle accident which resulted in his immediate death. The policy in question carries a $26,000.00 death benefit and $26,000.00 double indemnity. Mrs. Osei has requested benefits be paid to her pursuant to the terms of the policy and the defendant has indicated that the death was caused by or contributed to from alcohol and therefore claims that the benefits are excluded.

This action is filed pursuant to the Federal E.R.I.S.A. statute. Plaintiff will request a complete copy of the claim file.

Plaintiff,
By her Attorney,

/s/ Anthony J. Gianfrancesco

Anthony Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO, MATHIEU & ALGER
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to, Bennett Bergman, 750 East Avenue, Pawtucket, Rhode Island 02860 on this 16th day of January, 2007

/s/ Anthony J. Gianfrancesco