**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| IDRISSA OSEI, Plaintiff, | ) | |
| v. | ) | C.A. No. 06-274T |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF THE DEADLINE**
**FOR THE PARTIES' CROSS MOTIONS FOR JUDGMENT**

Plaintiff, Idrissa Osei, and Defendant, Hartford Life and Accident Insurance Company, hereby move this Court to extend the deadline for the parties' Cross Motions for Judgment on the Record for Judicial Review from March 15, 2007 to April 30, 2007. This case involves a claim by Plaintiff for ERISA benefits and will be decided on Cross Motions for Judgment on the Record for Judicial Review.

At the Scheduling Conference and in its January 17, 2007 Order, this Court set March 15, 2007 as the deadline for the parties' Cross Motions for Judgment on the Record for Judicial Review. On January 24, 2007, the Court noticed a Settlement Conference with Magistrate Judge Lovegreen for March 13, 2007. Given the proximity of the Settlement Conference to the deadline for the Cross Motions for Judgment, the fact that the Settlement Conference may eliminate the need for Cross Motions for Judgment, and in an effort to conserve the resources of the parties, the parties respectfully request that this Court extend the deadline for their Cross Motions for Judgment to April 30, 2007.

Respectfully Submitted,

Plaintiff Idrissa Osei,

By her attorney,

/s/Anthony J. Gianfrancesco
Anthony J. Gianfrancesco (2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903-2963
Tel: (401) 331-1434
Fax: (401) 351-9653

Defendant Hartford Life Insurance Company,

By its attorneys,

/s/Katherine R. Parsons
Katherine R. Parsons (6810)
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: (413) 787-2400
Fax: (413) 781-8235
Email: kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail, postage prepaid this 13th day of February 2007.

/s/Katherine R. Parsons