**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IDRISSA OSEI,
Plaintiff,
v. C.A. No. 06-274T

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY
Defendant.

**DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S CROSS MOTION FOR JUDGMENT ON THE RECORD FOR JUDICIAL REVIEW**

Defendant, Hartford Life and Accident Insurance Company ("Hartford"), hereby moves this Court to enter judgment on the Record for Judicial Review in favor of Hartford. As explained in Hartford's Memorandum in support of its Cross Motion for Judgment on the Record for Judicial Review, filed herewith., the Court must grant judgment in favor of Hartford because Hartford's denial of Plaintiff's claim for Accidental Death Benefits was not arbitrary and capricious since: 1) Decedent's death was the result of circumstances specifically excluded under the Accidental Death Plan; and 2) Decedent's death was the result of circumstances that are not covered under the Accidental Death Plan.

Respectfully Submitted,

Defendant Hartford Life and Accident
Insurance Company,

By its attorney,

/s/Katherine R. Parsons
Katherine R. Parsons (6810)
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
Tel: (413) 787-2400
Facsimile: (413) 781-8235
Email: kparsons@crevierandryan.com

CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 30th day of April, 2007.

/s/Katherine R. Parsons