UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IDRISSA OSEI, as Wife and
Beneficiary of David Osei

V. C.A. No.: 06-274T

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

**PLAINTIFF'S MOTION TO EXTEND TIME**

Now comes the Plaintiff and request this Court enter an Order extending the time in which to file Motions for Summary Judgment one week to May 7, 2007.

Plaintiff,
By her Attorney,

/s/ Anthony J. Gianfrancesco

Anthony Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO, MATHIEU & ALGER
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to Katherine Parsons, Esq., 1500 Main Street, Suite 2020, Springfield, Massachusetts 01115 on the 1st day of May, 2007.

/s/ Anthony J. Gianfrancesco

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IDRISSA OSEI, as Wife and
Beneficiary of David Osei

V. C.A. No.: 06-274T

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS**

**MOTION TO EXTEND TIME**

In support of her Motion to Extend Time, Plaintiff avers that counsel for Plaintiff inadvertently diaried the deadlines set by the Court for this case. Counsel was under the belief that discovery closed on April 30th and that the deadline for routine Motions was also April 30th. However, Counsel, in reviewing the pretrial Order entered by the Court, was under the belief the deadline for filing Summary Judgment was May 22, 2007. Counsel became aware of his error upon receipt of Defendant's Motion for Summary Judgment at 4:36 p.m. on April 30, 2007.

Plaintiff,
By her Attorney,

/s/ Anthony J. Gianfrancesco
Anthony Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO, MATHIEU & ALGER
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to Katherine Parsons, Esq., 1500 Main Street, Suite 2020, Springfield, Massachusetts 01115 on the 1st day of May, 2007.

/s/ Anthony J. Gianfrancesco