UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IDRISSA OSEI, as Wife and
Beneficiary of David Osei

V. C.A. No.: 06-274T

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

**JOINT MOTION FOR EXTENSION OF TIME**

Now come the Plaintiff and Defendant and jointly move this Court for an Order extending deadlines as follows:

The parties request permission to allow Plaintiff until May 14, 2007 to file her Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment. Defendant shall be permitted to file its Opposition to Plaintiff's Motion for Summary Judgment on May 28, 2007.

This motion supersedes Plaintiff's Motion for Extension of Time filed on May 1, 2007.

Plaintiff,
By her Attorney,

/s/ Anthony J. Gianfrancesco
Anthony Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO, MATHIEU & ALGER
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

Defendant,
By its Attorney,

/s Katherine Parsons, Esq.
Katherine Parsons, Esq.
1500 Main Street, Suite 2020
Springfield, Massachusetts 01115

Dated: May 1, 2007