**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| IDRISSA OSEI,<br>Plaintiff,<br>v.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY<br>Defendant. | C.A. No. 06-274T |

**JOINT MOTION FOR EXTENSION OF THE DEADLINE**
**FOR THE PARTIES' PRETRIAL MEMORANDUM**

Plaintiff, Idrissa Osei, and Defendant, Hartford Life and Accident Insurance Company, (collectively "the Parties") hereby move this Court to extend the deadline for the Parties' Pretrial Memorandum from May 22, 2007 until ten days after the Court rules on the Parties' Cross Motions for Judgment on the Record for Judicial Review.

This case involves a claim for benefits pursuant to ERISA. In resolving this case, the Court will review the Record for Judicial Review and determine whether the claims administrator's decision was arbitrary and capricious. See Liston v. Unum Corp. Officer Severance Plan, 330 F. 3d 19, 23 (1st Cir. 2003). The Parties filed the Record for Judicial Review with this Court on March 14, 2007. Hartford filed its Motion for Judgment on the Record for Judicial Review on April 30, 2007. Document No. 14-16. Ms. Osei requested an extension of time to file her Cross Motion for Judgment on the Record for Judicial until May 14, 2007. Document No. 18. Hartford will then have fourteen days, until May 21, 2007, to respond to Ms. Osei's Cross Motion for Judgment. The Court's decision on the Parties' Cross Motions for Judgment will likely obviate the need for a Pretrial Conference Memorandum.

In an effort to conserve the resources of the Parties and the Court and for the reasons set forth above, the Parties respectfully request that the Court extend the deadline for the Parties' Pretrial Memorandum until ten days after the Court rules on the Parties' Cross Motions for Judgment on the Record for Judicial Review.

Respectfully Submitted,

Plaintiff Idrissa Osei,

By her attorney,

/s/Anthony J. Gianfrancesco
Anthony J. Gianfrancesco (2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street, Suite 101
Providence, RI 02903-2963
Tel: (401) 331-1434
Fax: (401) 351-9653

Defendant Hartford Life Insurance Company,

By its attorneys,

/s/Katherine R. Parsons
Katherine R. Parsons (6810)
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: (413) 787-2400
Fax: (413) 781-8235
Email: kparsons@crevierandryan.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail, postage prepaid this 9th day of May 2007.

/s/Katherine R. Parsons