UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IDRISSA OSEI, as Wife and
Beneficiary of David Osei

V. C.A. No.: 06-274T

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

**PLAINTIFF, IDRISSA OSEI'S CROSS-MOTION FOR JUDGMENT ON THE RECORD FOR JUDICIAL REVIEW AND OBJECTION TO DEFENDANT, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Idrissa Osei ("Osei") hereby moves this Court to enter summary judgment on the Record for Judicial Review in her favor. As further explained in Osei's Memorandum in Support of her Cross-Motion for Judgment on the Record for Judicial Review, this Court must grant judgment in her favor because the defendants' denial of her claim for accidental death benefits was arbitrary and capricious. The plaintiff further objects to defendants' Motion for Judgment on the Record for Judicial Review for the reason that its decision in denying her claim for accidental death benefits was arbitrary and capricious in that the decedent's death was the result of circumstances specifically included on the accidental death plan and to decedent's death was the result of circumstances that are covered under the accidental death plan.

Respectfully Submitted
Plaintiff,
By her Attorney,

/s/ Anthony J. Gianfrancesco
Anthony Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO, MATHIEU & ALGER
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to Katherine Parsons, Esq., 1500 Main Street, Suite 2020, Springfield, Massachusetts 01115 on the 14th day of May, 2007.

/s/ Anthony J. Gianfrancesco

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IDRISSA OSEI, as Wife and
Beneficiary of David Osei

V. C.A. No.: 06-274T

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

**PLAINTIFF, IDRISSA OSEI'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF HER CROSS-MOTION FOR JUDGMENT ON THE RECORD FOR JUDICIAL REVIEW**

Plaintiff, Idrissa Osei ("Osei"), proffers this Statement of Undisputed Facts in Support of her Cross-Motion for Judgment on the Record for Judicial Review. The Plaintiff, Osei incorporates and does not object to the following undisputed facts submitted by Hartford Life and Accident Insurance Company: facts numbered 1 through 12 and 15 through 32. In addition, Osei submits the following undisputed facts:

**DISPUTED FACTS**

13. a. The cause of Mr. Osei's death was a skull fracture, brain injuries and bleeding from lacerations of right lung and liver due to blunt force trauma. *See Record for Judicial Review at pg. 152.*

b. Though Deputy Chief Brian Sullivan stated that Mr. Osei probably was not wearing a seatbelt, there was no indication that speed or alcohol played a role. *See Record of Judicial Review at pg. 67.*

c. The autopsy report lists the manner of death as an accident. *See Record for Judicial Review at pg 75.*

Respecfully Submitted
Plaintiff,
By her Attorney,

/s/ Anthony J. Gianfrancesco
Anthony Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to Katherine Parsons, Esq., 1500 Main Street, Suite 2020, Springfield, Massachusetts 01115 on the 14th day of May, 2007.

/s/ Anthony J. Gianfrancesco