UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IDRISSA OSEI, as Wife and
Beneficiary of David Osei

V. C.A. No.: 06-274T

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

**PLAINTIFF, IDRISSA OSEI'S STATEMENT OF DISPUTED MATERIAL FACTS IN SUPPORT OF HER CROSS-MOTION FOR JUDGMENT ON THE RECORD FOR JUDICIAL REVIEW**

Plaintiff, Idrissa Osei ("Osei"), objects to the undisputed material facts submitted by Hartford Life and Accident Insurance Company number 13 and 14 for the following reasons.

13. The forensic toxicology report indicated that defendant's blood alcohol level was 0.089% and his blood also contained active and inactive metabolites of marijuana. *See Record of Judical Record at pg. 153*

The plaintiff disputes this submission in that the toxicology report states at page 153, "Postmortem Heart Blood 89mg/dl".

14. The autopsy report stated that the decedent had "acute ethanol intoxication".

Plaintiff disputes this fact in that the autopsy report states under "Anatomic Diagnoses":

I. Skull fracture, sphenoid bone, base of skull, with small subdural and subarachnoid hemmorage.
II. Lacerations of right lung and liver with hemothorax and hemoperitoneum.

III. Fractures of right ribs 2-9
IV. Contussions of spleen
V. Abrasions and lacerations of face and extremites
VI. Focally severe atherosclerotic coronary artery disease
VII. Acute Ethanol Intoxication

Respecfully Submitted
Plaintiff,
By her Attorney,

/s/ Anthony J. Gianfrancesco

Anthony Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to Katherine Parsons, Esq., 1500 Main Street, Suite 2020, Springfield, Massachusetts 01115 on the 14th day of May, 2007.

/s/ Anthony J. Gianfrancesco