UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IDRISSA OSEI, as Wife and
Beneficiary of David Osei

V. C.A. No.: 06-274T

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

**PLAINTIFF, IDRISSA OSEI'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF HER CROSS-MOTION FOR JUDGMENT ON THE RECORD FOR JUDICIAL REVIEW**

Plaintiff, Idrissa Osei ("Osei"), proffers this Statement of Undisputed Facts in Support of her Cross-Motion for Judgment on the Record for Judicial Review. The Plaintiff, Osei incorporates and does not object to the following undisputed facts submitted by Hartford Life and Accident Insurance Company: facts numbered 1 through 12 and 15 through 32. In addition, Osei submits the following undisputed facts:

**DISPUTED FACTS**

13. a. The cause of Mr. Osei's death was a skull fracture, brain injuries and bleeding from lacerations of right lung and liver due to blunt force trauma. *See Record for Judicial Review at pg. 152.*

b. Though Deputy Chief Brian Sullivan stated that Mr. Osei probably was not wearing a seatbelt, there was no indication that speed or alcohol played a role. *See Record of Judicial Review at pg. 67.*

c. The autopsy report lists the manner of death as an accident. *See Record for Judicial Review at pg 75.*

Respecfully Submitted
Plaintiff,
By her Attorney,

/s/ Anthony J. Gianfrancesco
Anthony Gianfrancesco, Esquire (#2762)
BALUCH, GIANFRANCESCO,
MATHIEU & ALGER
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to Katherine Parsons, Esq., 1500 Main Street, Suite 2020, Springfield, Massachusetts 01115 on the 17th day of May, 2007.

/s/ Anthony J. Gianfrancesco