**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

IDRISSA OSEI

Plaintiff

vs. C.A. No. 06-274T

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

Defendant

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the Order of Judge Ernest C. Torres on July 18, 2007 granting the defendant's motion for summary judgment and denying the plaintiff's motion for summary judgment, judgment hereby enters in favor of the defendant Hartford Life and Accident Insurance Company and against the plaintiff Idrissa Osei.

ENTER:

Lucia Cristina Leyva

Deputy Clerk

Dated: July 20, 2007