**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| IDRISSA OSEI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | C.A. No. 06-274T |
| | : | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF APPEAL**

Please take notice that the Plaintiff, Idrissa Osei, pursuant to the provisions of Fed. R. App. P. Rule 4(a)(1)(A), hereby files her appeal of the Judgment entered on or about July 20, 2007 to the United States Court of Appeals for the First Circuit.

Respectfully submitted,

IDRISSA OSEI

By her Attorneys,

/s/ Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu, and Alger
155 South Main Street, Suite 101
Providence, RI 02903
(401) 331-1434
(401) 351-9653 (fax)

/s/ Albin S. Moser
Albin S. Moser, Esq. (#6166)
116 Orange Street
Providence, RI 02903
(401) 331-6100
(401) 331-6107 (fax)

**CERTIFICATION**

I hereby certify that the foregoing Notice of Appeal was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 16th day of August 2007:

/s/ Anthony J. Gianfrancesco