**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| IDRISSA OSEI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | C.A. No. 06-274T |
| | : | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE AS CO-COUNSEL FOR THE PLAINTIFF/APPELLANT**

Now comes Albin S. Moser, Esq., and hereby enters his appearance as co-counsel for the Plaintiff/Appellant Idrissa Osei.

Respectfully submitted,

IDRISSA OSEI

By her Attorney,

/s/ Albin S. Moser
Albin S. Moser, Esq. (#6166)
116 Orange Street
Providence, RI 02903
(401) 331-6100
(401) 331-6107 (fax)

**CERTIFICATION**

I hereby certify that the foregoing Notice of Appearance was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 16th day of August 2007:

/s/ Anthony J. Gianfrancesco