06-00274
USDC/RI
Torres, J

# MANDATE

# United States Court of Appeals

## For the First Circuit

No. 07-2330

IDRISSA OSEI, as Wife and Beneficiary of David Osei
Plaintiff - Appellant

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
Defendant - Appellee

**JUDGMENT**

Entered: October 15, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon stipulation of the parties, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: ERIC H. DEININGER
Appeals Attorney

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

LG
**Deputy Clerk**

**Date:** 10/15/07

[cc: Anthony J. Gianfrancesco, Esq., Albin S. Moser, Katherine R. Parsons, Esq.]